1  David J. Kaminski (SBN 128509)
   kaminskid@cmtlaw.com
2  CARLSON & MESSER LLP
   5901 West Century Boulevard, Suite 1200
3  Los Angeles, California 90045
   (310) 242-2200 Telephone
4  (310) 242-2222 Facsimile

5  Attorneys for Plaintiff/Judgment Creditor
   NATIONWIDE JUDGMENT RECOVERY, INC.

6

7                   UNITED STATES DISTRICT COURT

8                   CENTRAL DISTRICT OF CALIFORNIA

9

10 NATIONWIDE JUDGMENT           ) CASE NO. 2:22-cv-06961-PSG-SK
   RECOVERY, INC.,               )
11                               ) **NOTICE OF SETTLEMENT**
              Plaintiff,         )
12                               )
         vs.                     )
13                               )
   TODD DISNER, et al.,          )
14                               )
              Defendants.        )
15                               )
                                 )
16                               )
                                 )
17                               )

18

19       PLEASE TAKE NOTICE that Plaintiff/Judgment Creditor NATIONWIDE

20 JUDGMENT RECOVERY, INC. has reached a settlement with Garnishee BANK

21 OF AMERICA, N.A.  The parties anticipate that they will complete the settlement,

22 and that dismissal papers will be filed, within 30 days from the date of this notice.

23       In light of the settlement, Plaintiff/Judgment Creditor NATIONWIDE

24 JUDGMENT RECOVERY, INC. hereby withdraws its *Motion for Finding of*

25 *Third-Party Liability Against Garnishee Bank of America, N.A. in Favor of*

26 *Plaintiff/Judgment Creditor Nationwide Judgment Recovery, Inc.* (ECF No. 12) and

27 respectfully requests that the Court take off calendar all future hearing dates and

28 deadlines in this case.

| | | |
|---|---|---|
| 1 | DATED: May 18, 2023 | CARLSON & MESSER LLP |
| 2 | | |
| 3 | | By:   s/David J. Kaminski |
| 4 | | David J. Kaminski<br>Attorneys for Plaintiff/Judgment Creditor NATIONWIDE |
| 5 | | JUDGMENT RECOVERY, INC. |

{00188006;1}

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I, David J. Kaminski, hereby certify that on May 18, 2023, I electronically filed the foregoing NOTICE OF SETTLEMENT with the Clerk of the Court by using the CM/ECF system.

Dated:  May 18, 2023

                                                 s/ David J. Kaminski
                                                 David J. Kaminski