1  David J. Kaminski (SBN 128509)
   kaminskid@cmtlaw.com
2  CARLSON & MESSER LLP
   5901 West Century Boulevard, Suite 1200
3  Los Angeles, California 90045
   (310) 242-2200 Telephone
4  (310) 242-2222 Facsimile

5  Attorneys for Plaintiff/Judgment Creditor
   NATIONWIDE JUDGMENT RECOVERY, INC.

6

7                  UNITED STATES DISTRICT COURT

8                 CENTRAL DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY, INC., | CASE NO. 2:22-cv-06961-PSG-SK (SKx) |
| Plaintiff, | **NOTICE OF ERRATA REGARDING NOTICE OF SETTLEMENT FILED BY PLAINTIFF AND JUDGMENT CREDITOR NATIONWIDE JUDGMENT RECOVERY, INC. (DOCKET NO. 14)** |
| vs. | |
| TODD DISNER, et al., | |
| Defendants. | |

   PLEASE TAKE NOTICE that Plaintiff/Judgment Creditor NATIONWIDE JUDGMENT RECOVERY, INC. requests that the Court replace Docket No. 14 with this Notice of Settlement.

   PLEASE TAKE NOTICE that Creditor NATIONWIDE JUDGMENT RECOVERY, INC. has reached a settlement only with Garnishee BANK OF AMERICA, N.A.  The parties anticipate that they will complete the settlement within 30 days from the date of this notice.

   In light of the settlement, Plaintiff/Judgment Creditor NATIONWIDE JUDGMENT RECOVERY, INC. hereby withdraws its *Motion for Finding of*

*Third-Party Liability Against Garnishee Bank of America, N.A. in Favor of Plaintiff/Judgment Creditor Nationwide Judgment Recovery, Inc.* (ECF No. 12).

The above settlement is only a settlement between Nationwide and third party Garnishee Bank of America, and does not resolve any other aspect of the above matter and the judgment in favor of Creditor Nationwide, or any of Nationwide's rights as to its current judgment and its right to enforce or pursue the recovery thereof.

Pursuant to the foregoing, creditor Nationwide requests that the Court reinstate the above matter, and amend Docket No. 15 so that the Notice of Settlement only pertains to garnishee Bank of America and no other party in the above action.

Respectfully submitted,

DATED: May 30, 2023  **CARLSON & MESSER LLP**

By:   s/David J. Kaminski
David J. Kaminski
Attorneys for Plaintiff/Judgment Creditor
*NATIONWIDE JUDGMENT RECOVERY, INC.*

# CERTIFICATE OF SERVICE

I, David J. Kaminski, hereby certify that on May 30, 2023, a true and correct copy of the foregoing document entitled:

## NOTICE OF ERRATA

## REGARDING NOTICE OF SETTLEMENT FILED BY PLAINTIFF AND JUDGMENT CREDITOR NATIONWIDE JUDGMENT RECOVERY, INC. (DOCKET NO. 14)

was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

Dated:  May 30, 2023           **CARLSON & MESSER LLP**

/s/ David J. Kaminski
David J. Kaminski
Attorneys for Defendant,
*NATIONWIDE JUDGMENT RECOVERY, INC.*